**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT COURT OF FLORIDA
ORLANDO DIVISION**

**MIQUEL HARRIS,**

    **Plaintiff,**

v.                                              **Case No. 6:21-cv-00792-PGB-EJK**

**OGLETHORPE, INC.**

    **Defendant.**

_____/

**<u>JOINT NOTICE OF SETTLEMENT</u>**

        The Parties notify the Court, pursuant to Local Rule 3.08 for the United States District Court for the Middle District of Florida, that they have agreed to a settlement of all claims in the lawsuit and are in the process of finalizing the written documents memorializing the terms. It is anticipated that the Parties will file a stipulation for dismissal with prejudice for the Court's approval within the next thirty (30) days. The Parties request that all deadlines in the case be stayed pending filing of the stipulation for dismissal with prejudice.

## CERTIFICATE UNDER LOCAL RULE 3.01(g)

Pursuant to Local Rule 3.01(g), the undersigned counsel certifies that he personally conferred in good faith with counsel for Plaintiff, who has agreed to and joins in the filing of this Joint Notice of Settlement.

/s/ *Andrew W. McLaughlin, Esq.*.
Andrew W. McLaughlin, Esq.
Florida Bar No. 96454
Email: amclaughlin@stearnsweaver.com
Janet Goldberg McEnery, Esq.
Florida Bar No. 960380
Email: jmcenery@stearnsweaver.com
**Stearns Weaver Miller Weissler**
**Alhadeff & Sitterson, P.A.**
401 E. Jackson Street, Suite 2100
Tampa, FL 33602
Telephone: (813) 222-5037
Facsimile: (813) 222-5089
*Attorneys for Defendant*

/s/ *Deborah E. Frimmel*
Deborah E. Frimmel, Esq.
Florida Bar No. 93970
deborah@burruezolaw.com
**Burreuzo & Burruezo, PLLC**
911 Outer Road
Orlando, FL 32814-6653
Telephone: (407) 754-2904
Facsimile: (407) 754-2905
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of August, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system to Deborah E. Frimmel, Esq, Burruezo & Burruezo, PLLC, Deborah@burruezolaw.com. I further certify that there are no non-CMF participants.

                                        s/ Andrew W. McLaughlin
                                        ANDREW W. MCLAUGHLIN, ESQUIRE
                                        Florida Bar No. 96454
                                        Primary e-mail: amclaughlin@stearnsweaver.com
                                        JANET GOLDBERG McENERY, ESQUIRE

Florida Bar No. 960380
Primary e-mail:jmcenery@stearnsweaver.com
Secondary:  klee@stearnsweaver.com
Secondary:  klee@stearnsweaver.com
STEARNS WEAVER MILLER WEISSLER
   ALHADEFF & SITTERSON, P.A.
401 East Jackson Street, Suite 2100 (33602)
Tampa, Florida  33601
Telephone:  (813) 223-4800
Facsimile:  (813) 222-5089
Attorneys for Defendant