# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**MIQUEL HARRIS,**

        **Plaintiff,**

v.                                           **Case No: 6:21-cv-792-PGB-EJK**

**OGLETHORPE, INC.,**

        **Defendant.**

_____/

## ORDER

    This cause is before the Court on the parties' Stipulation of Dismissal with Prejudice, filed August 31, 2021. (Doc. 26). The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant Oglethorpe, Inc. are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

    **DONE AND ORDERED** in Orlando, Florida on September 1, 2021.

*[Signature]*

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties